BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
James M. Evangelista (GA #707807)
David J. Worley (GA #7766650)
Kristi Stahnke McGregor (GA #674012)
Leslie G. Toran (GA #141637)
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com
david@ewlawllc.com
kristi@ewlawllc.com
leslie@ewlawllc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CRISTIAN KELLY and KENNETH THALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC.; COINBASE, INC.,<br><br>Defendants. | Case No. 4:21-cv-06010-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>**<u>CLASS ACTION</u>**<br><br>District Judge Jon S. Tigar<br>Courtroom 6, 2nd Floor<br><br>Complaint Filed:   August 3, 2021<br>Trial Date:             Not Set Yet<br><br>**JURY TRIAL DEMANDED** |

By and through their counsel, Plaintiffs Cristian Kelly and Kenneth Thall, without waiving their rights as putative class members, hereby voluntarily dismiss their claims without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Defendants have not served an answer or a motion for summary judgment in this matter.

Respectfully submitted,

Dated: September 24, 2021

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:       *s/ Timothy G. Blood*
         TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
James M. Evangelista (GA #707807)
David J. Worley (GA #7766650
Kristi Stahnke McGregor (GA #674012)
Leslie G. Toran (GA #141637)
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com
david@ewlawllc.com
leslie@ewlawllc.com
kristi@ewlawllc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com