BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
JAMES M. EVANGELISTA (GA #707807)
DAVID J. WORLEY (GA #7766650
KRISTI STAHNKE MCGREGOR (GA #674012)
LESLIE G. TORAN (GA #141637)
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com
david@ewlawllc.com
kristi@ewlawllc.com
leslie@ewlawllc.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| CRISTIAN KELLY and KENNETH THALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC.; COINBASE, INC.,<br><br>Defendants. | Case No. 4:21-cv-06010-JST<br><br>**STIPULATION TO STAY THE CASE PENDING ARBITRATION AND TO REFER THE ISSUE OF ARBITRABILITY TO ARBITRATION**<br><br>**CLASS ACTION**<br><br>District Judge Jon S. Tigar<br>Courtroom 6, 2nd Floor<br><br>Complaint Filed: August 3, 2021<br>Trial Date: Not Set Yet<br><br>**JURY TRIAL DEMANDED** |

This stipulation is hereby entered into between Plaintiff Thomas Ayoob in the above-entitled action and Defendants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective attorneys of record:

**WHEREAS**, on August 3, 2021, the original Complaint in this action was filed (Dkt. No. 1);

**WHEREAS**, on September 24, 2021, pursuant to Fed. R. Civ. Proc. 15(a), Plaintiffs filed the First Amended Complaint (Dkt. No. 18);

**WHEREAS**, on September 24, 2021, pursuant to Fed. R. Civ. Proc. 41(a)(A)(i), Plaintiffs Cristian Kelly and Kenneth Thall were voluntarily dismissed without prejudice (Dkt. No. 19);

**WHEREAS**, the Parties' counsel have held discussions regarding the presence of an arbitration agreement in Defendants' User Agreement;

**WHEREAS**, Defendants contend all pending claims must be arbitrated on an individual basis and the class claims should be stricken pursuant to the User Agreement;

**WHEREAS**, Plaintiff contests the validity and enforceability of said arbitration agreement, but has agreed to voluntarily stay the current action and submit the issue of arbitrability to arbitration;

**WHEREAS**, the Parties each reserve any other rights they may have in the pending civil action, including the right to challenge the First Amended Complaint or any amendments thereto via motion to dismiss or otherwise.

**NOW, THEREFORE**, pursuant to Civil Local Rule 7-12, the Parties hereby stipulate and agree, through their respective counsel, subject to the Court's approval, to: (i) refer the issue of arbitrability of Plaintiff's claims to arbitration; and (ii) stay the proceedings in this action pending an arbitrator's decision on the issue of arbitrability and, potentially, arbitration of this dispute.

**IT IS SO STUPULATED.**

Respectfully submitted,

Dated: September 28, 2021

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:   *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O' REARDON, LLP

|   |   |
|---|---|
|   | 501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>jdavis@bholaw.com |
|   | EVANGELISTA WORLEY, LLC<br>JAMES M. EVANGELISTA (GA #707807)<br>DAVID J. WORLEY (GA #7766650<br>KRISTI STAHNKE MCGREGOR (GA #674012)<br>LESLIE G. TORAN (GA #141637)<br>500 Sugar Mill Road, Suite 245A<br>Atlanta, GA 30350<br>Tel: 404/205-8400<br>404/205-8395 (fax)<br>jim@ewlawllc.com<br>david@ewlawllc.com<br>leslie@ewlawllc.com<br>kristi@ewlawllc.com |
|   | *Attorneys for Plaintiffs* |
| Dated: September 28, 2021 | **KEKER, VAN NEST & PETERS LLP**<br><br>STEVEN P. RAGLAND (221076)<br>ERIN E. MEYER (274244)<br>MAYA PERELMAN (318554)<br><br>By:    *s/ Steven P. Ragland*<br>         STEVEN P. RAGLAND<br><br>633 Battery Street<br>San Francisco, CA 94111<br>Tel: 415/391-5400<br>sragland@keker.com<br>emeyer@keker.com<br>mperelman@keker.com<br><br>*Attorneys for Defendants Coinbase Global, Inc. and Coinbase, Inc.* |

## **ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5.1(i)(3), I, Timothy G. Blood, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

| September 28, 2021 | By:    *s/ Timothy G. Blood*<br>         TIMOTHY G. BLOOD |
|---|---|

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com